UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                                  Case No: 1:17-cr-9

v.                                                                              HON. JANET T. NEFF

ANTHONY RAMON TRICE,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on January 25, 2017 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 11) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in the Felony Information.

3. The written plea agreement is hereby continued under advisement pending sentencing.

Dated:  February 10, 2017                          /s/Janet T. Neff
                                                                            JANET T. NEFF
                                                                            United States District Judge